IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JENNIFER B. FRITH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 07-0727-CG-B |
| | ) |
| **BALDWIN COUNTY COMMISSION,** <u>et</u> <u>al.</u>, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the court's order on motions for summary judgment entered this date, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendants, Baldwin County Commission and Sheriff Huey Mack, Jr., and against the plaintiff, Jennifer B. Frith, and the plaintiff's claims against the defendant are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this the 31st day of March, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE